Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jacqueline Aguilera

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JACQUELINE AGUILERA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:20-cv-03084-MAR<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: May 10, 2021

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE MARGO A. ROCCONI
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-

DATE: April 29, 2021      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Steven G. Rosales*
Steven G. Rosales
Attorney for plaintiff Jacqueline Aguilera

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:20-CV-03084-MAR

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 29, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*

_____
Steven G. Rosales
Attorneys for Plaintiff
_____